| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Arch Therapeutics, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-0524102** |
| 4. | Debtor's address | **Principal place of business**<br><br>**235 Walnut Street, Suite 6**<br>**Framingham, MA 01702**<br>Number, Street, City, State & ZIP Code<br><br>**Middlesex**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **Arch Therapeutics, Inc.**    Case number (*if known*) _____
Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6215__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
   
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   
   ■ No.
   ☐ Yes.
   
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor **Arch Therapeutics, Inc.**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Arch Therapeutics, Inc.**                                                    Case number (*if known*)  _____
     Name

☐ $50,001 - $100,000       ■ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor **Arch Therapeutics, Inc.**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　4/17/2025
　　　　　　　MM / DD / YYYY

X _/s/ Terrence W. Norchi, MD_　　　　　　　　**Terrence Norchi, MD**
　　Signature of authorized representative of debtor　　Printed name

Title　**President**

**18. Signature of attorney**

X _/s/ Alan L. Braunstein_　　　　　　　　　　Date　04/17/2025
　　Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Alan L. Braunstein, Esq.**
Printed name

**Riemer & Braunstein LLP**
Firm name

**100 Cambridge Street**
**22nd Floor**
**Boston, MA 02114**
Number, Street, City, State & ZIP Code

Contact phone　**(617) 523-9000**　　Email address _____

**546042 MA**
Bar number and State

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 5



UNANIMOUS WRITTEN CONSENT TO ACTION
OF THE BOARD OF DIRECTORS OF ARCH THERAPEUTICS, INC.

April 1, 2025

The undersigned, constituting all of the members of the Board of Directors (the "Board") of Arch Therapeutics, Inc., a Nevada corporation (the "Company"), in accordance with Section 78.315 of the Nevada Revised Statutes and the Bylaws of the Company, do hereby authorize the taking of the following actions and adoption of the following resolutions, and direct that this Unanimous Written Consent be executed in lieu of and for the purposes of and with the same effect as a meeting of the Board and be filed by the Secretary of the Company with the minutes of the meetings of the Board:

### (1) SEEKING RELIEF UNDER CHAPTER 11

**VOTED**: That the Company shall seek relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. Section 101 et seq. (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts.

**FURTHER VOTED**: That Terrence W. Norchi, as the President of the Company (the "Authorized Officer"), is hereby authorized to (i) prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) cause the Company to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the Bankruptcy Code, (iv) take such steps on behalf of the Company as may be necessary or appropriate to the Company's reorganization or liquidation effort, including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, post-petition financing, the assumption or rejection of executory contracts and unexpired leases, and the sale or other disposition of property other than in the ordinary course of business, (v) negotiate, prepare and propose to creditors such plan of reorganization as the Authorized Officer may deem to be feasible and in the best interests of the Company, (vi) file any pleading appropriate or necessary for the Company to seek relief under any other chapter of the Bankruptcy Code, and (vii) execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including, to the extent applicable, the delegation of such foregoing authority to other officers and employees of the Company, the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote.

**FURTHER VOTED**: To the extent applicable, that the Authorized Officer be, and hereby is, authorized to retain on behalf of the Company the law firm of Riemer & Braunstein LLP under general retainer to render legal services to and to represent the Company in connection with such

*Proprietary & Confidential*
*Unanimous Written Consent of the Board of Directors of Arch Therapeutics, Inc.*
2025-0401 BOD UWC to File Chapter 11 and Retain Reimer Braunstein Bankruptcy Counsel.docx



proceedings and other related matters in connection therewith, on such terms as the Authorized Officer shall approve. The Authorized Officer may reimburse such counsel in full for its cash disbursements and for such expenses as such counsel customarily bills to its clients, and may enter into such agreements as may be necessary or appropriate to effect such retention.

**FURTHER VOTED:** That the Authorized Officer be, and hereby is, authorized and empowered on behalf of and in the name of the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Company's Chapter 11 case on such terms as he shall deem necessary, proper or desirable.

**FURTHER VOTED:** That the Authorized Officer be, and hereby is, authorized and empowered, on behalf of the Company to execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, pleadings, certificates, or other documents and to take such other actions as in the judgment of such Authorized Officer shall be or become necessary, appropriate or desirable to prosecute to a successful completion of the Chapter 11 case.

**FURTHER VOTED:** That any and all past actions heretofore taken by an officer or a director of the Company in the name of and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, approved and adopted.

### (2) GENERAL AUTHORITY

**VOTED:** That the omission from these resolutions of any agreement or other arrangement contemplated by any of the transactions, agreements or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the transactions, agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of any Authorized Person to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by the foregoing resolutions; and it is further

**FURTHER VOTED:** That all actions heretofore taken by the Company or by any officer or director thereof in connection with or relating to the subject matter of the foregoing resolutions that are within the authority conferred by the foregoing resolutions are hereby authorized, adopted, approved, ratified and confirmed in all respects as the acts and deeds of the Company, having the same force and effect as if performed pursuant to the direct authorization of the Board.

*[Signature page to follow]*

*Proprietary & Confidential*
*Unanimous Written Consent of the Board of Directors of Arch Therapeutics, Inc.*
2025-0401 BOD UWC to File Chapter 11 and Retain Reimer Braunstein Bankruptcy Counsel.docx



This Unanimous Written Consent of the Board of Directors of Arch Therapeutics, Inc. may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

_____    April 1, 2025
Terrence W. Norchi, MD              Date

_____    April 1, 2025
Guy Fish, MD                        Date

*Proprietary & Confidential*
*Unanimous Written Consent of the Board of Directors of Arch Therapeutics, Inc.*
2025-0401 BOD UWC to File Chapter 11 and Retain Reimer Braunstein Bankruptcy Counsel.docx

handwrite on these and scan them back so that I can enter the information, that would be great.

If you have any questions, please do not hesitate to reach out to Alan or Macken.

Thank you.

Angela Hall
Legal Assistant
Riemer | Braunstein LLP
100 Cambridge Street, 22nd Floor | Boston, Massachusetts 02114-2527
d: +1-617-880-3412 | f: **Error! Hyperlink reference not valid.**
AHall@riemerlaw.com | www.riemerlaw.com

_____

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

For our Privacy Policy, click here

Corporate Transparency Act Alert: The Corporate Transparency Act (CTA) requires many existing and newly-formed business entities operating in the U.S. to file a beneficial ownership information report with the U.S. Treasury Department's Financial Crimes Enforcement Network (FinCEN). For more information about the reporting requirements, please visit Beneficial Ownership Information Reporting at https://fincen.gov or contact CTA@riemerlaw.com

<Arch Therapeutics Inc. - DRAFT Schedules D through G.pdf>

2