## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

In re:

ARCH THERAPEUTICS, INC., *et al.*, [1]

                         Debtors.

Chapter 11

Case No. 25-40409

Jointly Administered

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, AND DISCLAIMERS REGARDING THE DEBTORS' BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Arch Therapeutics, Inc. ("**Arch**") and, its subsidiary, Arch Biosurgery, Inc. ("**ABS**"), as debtors and debtors in possession (collectively, the "**Debtors**"), hereby submit their Schedules of Assets and Liabilities, and Statement of Financial Affairs (collectively, the "**Schedules**") pursuant to section 521 of the Bankruptcy Code, and Rule 1007 of the Federal Rules of Bankruptcy Procedure in the chapter 11 cases filed on April 18, 2025 (the "**Petition Date**"). These Global Notes and Statement of Limitations, and Disclaimers regarding the Debtors' Schedules (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules.   These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules.

The Schedules have been prepared by the Debtors' sole officer and are unaudited and subject to potential adjustments.  In preparing the Schedules, the Debtors relied on financial data derived from their books and records available at the time of preparation.  The Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material change to the Schedules and inadvertent errors, omissions or inaccuracies may exist.  The Debtors reserve all rights to amend or supplement the Schedules.

**Reservation of Rights.**  Nothing contained in the Schedules or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to the chapter 11 cases, including, but not limited to, any issues involving objections to claims, equitable subordination, defenses, characterization or recharacterization of contracts, assumption, or rejection of contracts under the provisions of the Bankruptcy Code or any other relevant laws to recover assets.

**Undetermined Amounts.**  The description of any amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Arch Therapeutics, Inc. (4102), Case No. 25-40409; and Arch Biosurgery, Inc. (5710), Case No. 25-40410.

4349884.5

**Estimates.**  The Debtors were required to make certain estimates and assumptions to affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Petition Date.  The Debtors reserve all rights to amend the reported amount of assets, liabilities, reported revenue and expenses to reflect changes in those estimates and assumptions.

**Claims Description.**  Any failure to designate a claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated".  The Debtors reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on the Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Listing a claim does not constitute an admission of liability of the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

**Schedule A/ B.**  Despite reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules, including, but not limited to, avoidance actions.  The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.  Retainers paid to the Debtors' professionals, if any, have been excluded from item A/B(6).

**Schedule D.**  **(Creditors Holding Secured Claims)**.  The claims listed in Schedule D arose or were incurred on different dates, and include various secured promissory notes. Creditors' claims related to secured promissory notes issued by Arch may not all be reflected in Schedule D, for which the Debtors continue to search their books and records. Although reasonable efforts have been made to ensure the accuracy of Schedule D regarding such secured promissory notes, review is ongoing and inadvertent errors, omissions or over-inclusion may have occurred.

The Debtors have had limited ability to update financial information due to scarce pre-petition and post-petition funding, available human resources for bookkeeping or accounting personnel, and the related termination of employee and consultant roles.  Therefore, the information related to Arch's promissory notes in the Schedules may vary from or appear incomplete when compared to the disclosures about Arch's promissory notes as filed by Arch in its 8-Ks with the U.S. Securities and Exchange Commission ("SEC").

Although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  **The Debtors reserve all rights to dispute any claim listed on Schedule D as to amount, liability or its classification as a secured claim.** Except as otherwise agreed, the Debtors reserve the right to dispute or challenge the validity, or perfection of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The Debtors also reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or

2

instrument related to such creditor's claim.  Some of the secured promissory notes are scheduled as disputed to the extent such security interests may not be perfected.

The descriptions provided in Schedule D are intended only to be a summary; amounts due may reflect face value unless noted otherwise.  Reference to the applicable loan agreements or promissory notes, and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.

**Schedule E.  (Creditors Holding Unsecured Priority Claims).**  The Debtors  reserve the right to (i) dispute or challenge whether creditors listed on Schedule E are entitled to priority claims, or (ii) to add additional obligations as they become known to the Debtors.

**Schedule F.  (Creditors Holding Unsecured Nonpriority Claims).**  The Debtors have made their best efforts to include all trade creditors on Schedule F.  The claims listed in Schedule F arose or were incurred on various dates, and include different unsecured promissory notes. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not list a date for each claim listed on Schedule F.

**Schedule G.  (Executory Contracts and Unexpired Leases).**  Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, review is ongoing and inadvertent errors, omissions or over-inclusion may have occurred.  The Debtors may have entered into various other types of contracts or agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted contracts or agreements.   Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease or that such agreement was in effect on the Petition Date or is valid or enforceable.  Certain contracts or agreements may be listed in Schedule G for full disclosure purposes.

Any and all of the Debtors' rights, claims and causes of action with respect to the agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all of their rights, including to (i) dispute the validity, status, or enforceability of any agreements or contracts set forth on Schedule G; (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (iii) amend or supplement such Schedule as necessary.

**Statement of Financial Affairs (SOFA).**  The response to SOFA 3 may not include payments made to employees in the ordinary course of business such as payroll. Arch files periodic reports with the SEC and as such, in the ordinary course, the Debtors may have

3

provided financial information to banks, customers, suppliers, and other various interested parties, including noteholders.

**Specific Notes.**  These general notes are in addition to the specific notes set forth in the Schedules.

**Fill in this information to identify the case:**

Debtor name  **Arch Therapeutics, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **25-40409**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $          0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................... $      8,066.45

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................... $      8,066.45

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   7,735,396.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    326,014.58

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$  5,707,799.68

4.  Total liabilities ......................................................................................
   Lines 2 + 3a + 3b                                                              $   13,769,210.26

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Arch Therapeutics, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **25-40409** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Eastern Bank** | **Checking account** | **7473** | **$8,066.45** |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | | |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | **$8,066.45** |

### Part 2:  Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

Debtor   **Arch Therapeutics, Inc.**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　Case number *(If known)*  **25-40409**

12.　**Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$0.00** |
| --- | --- |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** **Bulk Synthesized** **Peptide (raw materials)** | | **$1,348,475.00** | FIFO | **$0.00** |

20.　**Work in progress**

21.　**Finished goods, including goods held for resale**

22.　**Other inventory or supplies**

23.　**Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | **$0.00** |
| --- | --- |

24.　**Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Debtor    **Arch Therapeutics, Inc.**                                    Case number *(If known)*  **25-40409**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**8 Desks**<br>**10 Chairs** | **$0.00** | | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**3 laptops**<br>**5 monitors**<br>**Hard Drive**<br>**Television**<br>**Printer** | **$0.00** | | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                    **$0.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | **Arch Therapeutics, Inc.** | | Case number *(if known)* | **25-40409** |
|---|---|---|---|---|
| | Name | | | |

| 55.1. | **Lease : 235 Walnut Street, Ste. 6 Framingham, MA** | **Lease (initial term 10/1/17 to 9/30/20)** | | |
|---|---|---|---|---|
| | **Office Suite** | | $0.00 | $0.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **1.  Certain common law trademarks** **2.  Any rights to certain patents and patent applications, including as provided in attached matrix of active and inative patents.** | **Unknown** | | **Unknown** |
| **61.** **Internet domain names and websites** **WWW.AC5TOPICALGEL.COM** **WWW.AC5TOPICALHEMOSTAT.COM** **WWW.AC5SURGICALGEL.COM** **WWW.SELFASSEMBLINGPEPTIDE.COM** **WWW.ARCHSEAL.COM** **WWW.VASCSEAL.COM** **WWW.AC5V.COM** **WWW.AC5-V.COM** **WWW.AC5AWS.COM** **WWW.AC5SELFASSEMBLINGPEPTIDE.COM** **WWW.CLEARNANOSOLUTIONS.COM** **WWW.CRYSTALCLEARSURGERY.COM** **WWW.AC5ADVANCEDWOUNDSYSTEM.COM** **WWW.ADVANCEDWOUNDSYSTEM.COM** **WWW.AC5AWS.COM** **WWW.ARCHTHERAPEUTICS.ORG** **WWW.WIMS.COM** | $0.00 | | $0.00 |

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

| Debtor | **Arch Therapeutics, Inc.** | Case number *(If known)* **25-40409** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Contact information for certain customers (product purchasers)** | | $0.00 | $0.00 |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Arch Biosurgery, Inc., a MA Corporation is 100% owned by the Debtor**

| | $0.00 |
|---|---|

78. **Total of Part 11.**

| | $0.00 |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Debtor    **Arch Therapeutics, Inc.**
            Name

Case number *(If known)*  **25-40409**

☐ Yes

Debtor    **Arch Therapeutics, Inc.**
_____    Case number *(If known)*  **25-40409**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$8,066.45** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$8,066.45** + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$8,066.45** |

Arch - Active IP

| File # | Title | Matter Type | Country Name | Status | Application # | Date Filed | Patent # | Grant Date | Comments |
|---|---|---|---|---|---|---|---|---|---|
| CNS101/DIV/JP | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - DIV | Japan | Issued | 2013-133118 | 03/14/2008 | 5860437 | 12/25/2015 | Annuity was not paid on December 25, 2024. It is in the grace period until June 25, 2025 |
| CNS101/NAT/HK/EP | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - CCNF | Hong Kong | Pending | 10106967.4 | 07/19/2010 | 1140431 | | Annuity was not paid on March 14, 2025. It is in the grace period until September 14, 2025 |
| CNS101/NAT/US | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - ORG | United States of America | Issued | 12/049,190 | 03/14/2008 | 9415084 | 08/16/2016 | |
| CNS101/XP2/EP | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - NSPCT | European Patent Office | Issued | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 | |
| CNS102/DIV(2)/US | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - DIV | United States of America | Issued | 15/716,262 | 09/26/2017 | 10682386 | 06/16/2020 | |
| CNS102/DIV/US | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - DIV | United States of America | Issued | 14/885,673 | 10/16/2015 | 9789157 | 10/17/2017 | |
| CNS102/NAT/US | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - ORG | United States of America | Issued | 11/740,284 | 04/25/2007 | 9162005 | 10/20/2015 | |
| CNS106/CON(2)/US | Implantable Meshes For Controlling The Movement Of Fluids | Utility - CCN | United States of America | Issued | 15/818,602 | 11/20/2017 | 10314886 | 06/11/2019 | |
| CNS106/CON(3)/US | Implantable Meshes For Controlling The Movement Of Fluids | Utility - CCN | United States of America | Issued | 16/394,990 | 04/25/2019 | 10869907 | 12/22/2020 | |
| CNS106/CON/US | Implantable Meshes For Controlling the Movement Of Fluids | Utility - CCN | United States of America | Issued | 15/156,020 | 05/16/2016 | 9821022 | 11/21/2017 | |
| CNS106/DIV/JP | Implantable Meshes For Controlling The Movement Of Fluids | Utility - DIV | Japan | Issued | 2019-52337 | 08/22/2014 | 6880094 | 05/07/2021 | |
| CNS106/NAT/US | Implantable Meshes For Controlling The Movement Of Fluids | Utility - ORG | United States of America | Issued | 14/466,699 | 08/22/2014 | 9339476 | 05/17/2016 | |
| CNS106/XEP/DE | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Germany | Issued | 14761929.0 | 08/22/2014 | | 10/09/2019 | |
| CNS106/XEP/FR | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | France | Issued | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 | |
| CNS106/XEP/GB | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | United Kingdom | Issued | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 | |
| CNS106/XEP/IE | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Ireland | Issued | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 | |
| CNS106/XP2/EP | Implantable Meshes For Controlling The Movement Of Fluids | Utility - NSPCT | European Patent Office | Issued | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 | |

Arch - Active IP

| File # | Title | Matter Type | Country Name | Status | Application # | Date Filed | Patent # | Grant Date | Comments |
|---|---|---|---|---|---|---|---|---|---|
| CNS106/XP2/JP | Implantable Meshes For Controlling The Movement Of Fluids | Utility - NSPCT | Japan | Issued | 2016-536483 | 08/22/2014 | 6502352 | 03/29/2019 | Annuity was not paid on March 29, 2025. It is in the grace period until September 29, 2025 |
| CNS109/CON/US | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - CON | United States of America | Pending | 18/058,112 | 11/22/2022 | | | |
| CNS109/XEP/CH | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - EPPAT | Switzerland | Issued | 19714061.9 | 03/15/2019 | 3768296 | 09/06/2023 | Annuity was not paid on March 31, 2025. It is in the grace period until September 30, 2025 |
| CNS109/XEP/DE | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - EPPAT | Germany | Issued | 19714061.9 | 03/15/2019 | 602019036737.6 | 09/06/2023 | Annuity was not paid on March 31, 2025. It is in the grace period until September 30, 2025 |
| CNS109/XEP/FR | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - EPPAT | France | Issued | 19714061.9 | 03/15/2019 | 3768296 | 09/06/2023 | Annuity was not paid on March 31, 2025. It is in the grace period until September 30, 2025 |
| CNS109/XEP/FR | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - EPPAT | United Kingdom | Issued | 19714061.9 | 03/15/2019 | 3768296 | 09/06/2023 | Annuity was not paid on March 31, 2025. It is in the grace period until September 30, 2025 |
| CNS109/XEP/GB | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - EPPAT | Ireland | Issued | 19714061.9 | 03/15/2019 | 3768296 | 09/06/2023 | Annuity was not paid on March 31, 2025. It is in the grace period until September 30, 2025 |
| CNS109/XEP/IE | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - NSPCT | European Patent Office | Issued | 19714061.9 | 03/15/2019 | 3768296 | 09/06/2023 | |
| CNS109/XP2/EP-MTR | | | | | | | | | |

Arch - Active IP

| File # | Title | Matter Type | Country Name | Status | Application # | Date Filed | Patent # | Grant Date | Comments |
|---|---|---|---|---|---|---|---|---|---|
| CNS109/XP2/IL | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - NSPCT | Israel | Pending | 277557 | 03/15/2019 | | | |
| CNS110/CON/US | SAP and Peptidomimetic Compositions for Reducing Symptoms Of Inflammation | Utility - CCN | United States of America | Pending | 18/074,227 | 12/02/2022 | | | |
| CNS110/NAT/HK-CN | SAP And Peptidomimetic Compositions For Reducing Symptoms Of Inflammation | Utility - CCNF | Hong Kong | Pending | 62021033531.6 | 03/25/2019 | | | |
| CNS110/XP2/EP | SAP And Peptidomimetic Compositions For Reducing Symptoms Of Inflammation | Utility - NSPCT | European Patent Office | Pending | 19716657.2 | 03/25/2019 | | | Annuity was not paid on March 31, 2025. It is in the grace period until September 30, 2025 |
| CNS110/XP2/IL | SAP And Peptidomimetic Compositions For Reducing Symptoms Of Inflammation | Utility - NSPCT | Israel | Pending | 277556 | 03/25/2019 | | | |
| CNS112/NAT/US | SELF-ASSEMBLING PEPTIDE GEL FORMULATION AND METHODS OF USE | Utility - ORG | United States of America | Pending | 17/148,180 | 01/13/2021 | | | |
| CNS112/XP2/EP | Self-Assembling Peptide Gel Formulation And Methods Of Use | Utility - NSPCT | European Patent Office | Pending | 21704641.6 | 01/13/2021 | | | Annuity was not paid on January 31, 2025. It is in the grace period until July 31, 2025 |

Arch - Inactive IP

| File # | Title | Matter Type | Country Name | Status | Application # | Date Filed | Patent # | Grant Date |
|---|---|---|---|---|---|---|---|---|
| CNS101/CON/US | TREATMENT OF LEAKY OR DAMAGED TIGHT JUNCTIONS AND ENHANCING EXTRACELLUAR MATRIX | Utility - CON | United States of America | Abandoned | 15/216,414 | 07/21/2016 | | |
| CNS101/DIV(2)/JP | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - DIV | Japan | Abandoned | 2014-227726 | | 6112521 | 03/24/2017 |
| CNS101/DIV(3)/JP | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - DIV | Japan | Abandoned | 2017-43479 | 03/14/2008 | | |
| CNS101/PCT/WO | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - ORG | PCT | Completed | PCT/US2008/057104 | 03/14/2008 | | |
| CNS101/PRO/US | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing | Prov - ORG | United States of America | Lapsed | 60/894,872 | 03/14/2007 | | |
| CNS101/XEP/AT | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Austria | Abandoned | 08732273.1 | 03/14/2008 | E-1337500 | 11/25/2020 |
| CNS101/XEP/BE | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Belgium | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XEP/CH | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Switzerland | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XEP/DE | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Germany | Abandoned | 08732273.1 | 03/14/2008 | 602008063496.5 | 11/25/2020 |
| CNS101/XEP/DK | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Denmark | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XEP/ES | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Spain | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XEP/FR | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | France | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XEP/GB | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | United Kingdom | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XEP/IE | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Ireland | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XEP/IT | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Italy | Abandoned | 08732273.1 | 03/14/2008 | 5020210000012446 | 11/25/2020 |
| CNS101/XEP/NL | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Netherlands | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XEP/SE | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - EPPAT | Sweden | Abandoned | 08732273.1 | 03/14/2008 | 2146733 | 11/25/2020 |
| CNS101/XP2/CA | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - NSPCT | Canada | Abandoned | 2,680,824 | 03/14/2008 | 2680824 | 06/26/2018 |
| CNS101/XP2/JP | Treatment Of Leaky Or Damaged Tight Junctions And Enhancing Extracellular Matrix | Utility - NSPCT | Japan | Closed | 2009-553828 | 03/14/2008 | | |
| CNS102/DIV/JP | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - DIV | Japan | Abandoned | 2015-2075 | | 6113764 | 03/24/2017 |
| CNS102/DIV(2)/JP | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - DIV | Japan | Abandoned | 2017-48126 | 03/14/2017 | 6441978 | 11/30/2018 |
| CNS102/DIV/EP | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - DIV | European Patent Office | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102/DW/HK-EP | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - CONF | Hong Kong | Abandoned | 13111712.9 | 04/25/2008 | HK1184397 | 05/25/2018 |
| CNS102/NAT/HK-EP | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - CONF | Hong Kong | Abandoned | 10107656.8 | 04/25/2008 | | |

Arch - Inactive IP

| File # | Title | Matter Type | Country Name | Status | Application # | Date Filed | Patent # | Grant Date |
|---|---|---|---|---|---|---|---|---|
| CNS102/PCT/WO | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - ORG | PCT | Completed | PCT/US2008/061622 | 04/25/2008 | | |
| CNS102/XP2/CA | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - NSPCT | Canada | Abandoned | 2,722,465 | 04/25/2008 | 2722465 | 10/31/2017 |
| CNS102/XP2/EP | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - NSPCT | European Patent Office | Abandoned | 08746940.9 | 04/25/2008 | | |
| CNS102/XP2/JP | The composition for prevention of an accretion, and other barrier application | Utility - NSPCT | Japan | Lapsed | 2010-506529 | | 5976272 | 07/29/2016 |
| CNS102DIV/XEP/AT | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Austria | Abandoned | 12196176.7 | 04/25/2008 | E-898727 | 06/07/2017 |
| CNS102DIV/XEP/BE | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Belgium | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/CH | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Switzerland | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/DE | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Germany | Abandoned | 12196176.7 | 04/25/2008 | 602008050629.0 | 06/07/2017 |
| CNS102DIV/XEP/DK | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Denmark | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/ES | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Spain | Abandoned | 12196176.7 | 04/25/2008 | 300246257 | 06/07/2017 |
| CNS102DIV/XEP/FI | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Finland | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/FR | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | France | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/GB | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | United Kingdom | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/GR | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Greece | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/HU | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Hungary | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/IE | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Ireland | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/IT | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Italy | Abandoned | 12196176.7 | 04/25/2008 | 502017000096705 | 06/07/2017 |
| CNS102DIV/XEP/NL | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Netherlands | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/PL | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Poland | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/SE | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Sweden | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS102DIV/XEP/TR | Compositions For Prevention Of Adhesions And Other Barrier Applications | Utility - EPPAT | Turkey | Abandoned | 12196176.7 | 04/25/2008 | 2581097 | 06/07/2017 |
| CNS106/NAT/HK-CN | Implantable Meshes For Controlling The Movement Of Fluids | Utility - CONF | Hong Kong | Abandoned | 16113367.0 | 08/22/2014 | | |
| CNS106/PCT/WO | Implantable Meshes For Controlling The Movement Of Fluids | Utility - ORG | PCT | Completed | PCT/US2014/052378 | 08/22/2014 | | |
| CNS106/PRO/US | Implantable Meshes For Controlling The Movement Of Fluids | Prov - ORG | United States of America | Expired | 61/868,674 | 08/22/2013 | | |
| CNS106/XEP/AT | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Austria | Abandoned | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 |

Arch - Inactive IP

| File # | Title | Matter Type | Country Name | Status | Application # | Date Filed | Patent # | Grant Date |
|---|---|---|---|---|---|---|---|---|
| CNS106/XEP/BE | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Belgium | Abandoned | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 |
| CNS106/XEP/NL | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Netherlands | Abandoned | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 |
| CNS106/XEP/CH | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Switzerland | Abandoned | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 |
| CNS106/XEP/DK | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Denmark | Abandoned | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 |
| CNS106/XEP/ES | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Spain | Abandoned | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 |
| CNS106/XEP/IT | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Italy | Abandoned | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 |
| CNS106/XEP/SE | Implantable Meshes For Controlling The Movement Of Fluids | Utility - EPPAT | Sweden | Abandoned | 14761929.0 | 08/22/2014 | 3035974 | 10/09/2019 |
| CNS106/XP2/AU | Implantable Meshes For Controlling The Movement Of Fluids | Utility - NSPCT | Australia | Abandoned | 2014308597 | 08/22/2014 | 2014308597 | |
| CNS106/XP2/CA | Implantable Meshes For Controlling The Movement Of Fluids | Utility - NSPCT | Canada | Abandoned | 2,921,505 | 08/22/2014 | 2921505 | 05/22/2018 |
| CNS106/XP2/CN | Implantable Meshes For Controlling The Movement Of Fluids | Utility - NSPCT | China | Abandoned | 201480057509.8 | 08/22/2014 | | |
| CNS106/XP2/IL | Implantable Meshes For Controlling The Movement Of Fluids | Utility - NSPCT | Israel | Abandoned | 244037 | 08/22/2014 | 244037 | 05/01/2021 |
| CNS106/XP2/IN | Implantable Meshes For Controlling The Movement Of Fluids | Utility - NSPCT | India | Abandoned | 201617007986 | 08/22/2014 | 398910 | 06/10/2022 |
| CNS107/NAT/US | Control Of Pathogens Without Killing Using Self-Assembled Peptides | Utility - ORG | United States of America | Abandoned | 13/573,510 | 09/19/2012 | | |
| CNS108/NAT/US | Agents For Controlling Pathogens Without Killing Them | Utility - ORG | United States of America | Abandoned | 13/573,501 | 09/19/2012 | | |
| CNS109/NAT/HK-CN | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - CONF | Hong Kong | Abandoned | 62021033530.8 | 03/15/2019 | | |
| CNS109/NAT/US | SAP and Peptidomimetics For Treatment Of Eye Disease | Utility - ORG | United States of America | Abandoned | 16/355,233 | 03/15/2019 | | |
| CNS109/PCT/WO | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - ORG | PCT | Completed | PCT/US2019/022542 | 03/15/2019 | | |
| CNS109/PRO/US | Compositions And Methods of Self- Assembling Peptides For Treatment Of Eye Disease. | Prov - ORG | United States of America | Expired | 62/647,184 | 03/23/2018 | | |
| CNS109/XEP/BE | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - EPPAT | Belgium | Abandoned | 19714061.9 | 03/15/2019 | 3768296 | 09/06/2023 |
| CNS109/XEP/NL | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - EPPAT | Netherlands | Abandoned | 19714061.9 | 03/15/2019 | 3768296 | 09/06/2023 |
| CNS109/XP2/CA | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - NSPCT | Canada | Abandoned | 3,095,073 | 03/15/2019 | | |
| CNS109/XP2/CN | SAP And Peptidomimetics For Treatment Of Eye Disease | Utility - NSPCT | China | Abandoned | 201980033746.3 | 03/15/2019 | | |
| CNS110/NAT/US | SAP And Peptidomimetic Compositions for Reducing Symptoms Of Inflammation | Utility - ORG | United States of America | Abandoned | 16/363,890 | 03/25/2019 | | |
| CNS110/PCT/WO | SAP And Peptidomimetic Compositions For Reducing Symptoms Of Inflammation | Utility - ORG | PCT | Completed | PCT/US2019/023875 | 03/25/2019 | | |

Arch - Inactive IP

| File # | Title | Matter Type | Country Name | Status | Application # | Date Filed | Patent # | Grant Date |
|---|---|---|---|---|---|---|---|---|
| CNS110/PRO/US | Compositions And Methods Of Self-Assembling Peptides For Reducing Symptoms Of Inflammation | Prov - ORG | United States of America | Expired | 62/647,082 | 03/23/2018 | | |
| CNS110/XP2/CA | SAP And Peptidomimetic Compositions For Reducing Symptoms Of Inflammation | Utility - NSPCT | Canada | Abandoned | 3,094,984 | 03/25/2019 | | |
| CNS110/XP2/CN | SAP And Peptidomimetic Compositions For Reducing Symptoms Of Inflammation | Utility - NSPCT | China | Abandoned | 201980034285.1 | 03/25/2019 | | |
| CNS112/PCT/WO | Self-Assembling Peptide Gel Formulation And Methods Of Use | Utility - ORG | PCT | Completed | PCT/US2021/013249 | 01/13/2021 | | |
| CNS112/PRO(2)/US | Self-Assembling Peptide Submucosal Lift Formulation | Prov - ORG | United States of America | Expired | 63/063,704 | 08/10/2020 | | |
| CNS112/PRO/US | Self-Assembling Peptide Submucosal Lift Formulation | Prov - ORG | United States of America | Expired | 62/960,550 | 01/13/2020 | | |

**Fill in this information to identify the case:**

Debtor name **Arch Therapeutics, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **25-40409**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Ana Parker**
Creditor's Name

**6700 E. Caron Drive**
**Paradise Valley, AZ 85253**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC statement filed by Oasis Capital (now Tiburon) as collateral agent**

Describe the lien
**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$480,000.00**    Value of collateral: **$0.00**

**2.2  Andrew Stahl**
Creditor's Name

**378 Dorado Beach E**
**Dorado, PR 00646**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**See Calvary Fund I LP as collateral agent**

Describe the lien
**Secured Convertible Promissory Note / SPA 5/15/24**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$555,000.00**    Value of collateral: **$0.00**

Debtor **Arch Therapeutics, Inc.**
_____
Name

Case number (if known)    **25-40409**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Andrew Stahl** | | |
|---|---|---|---|

Creditor's Name

**378 Dorado Beach E
Dorado, PR 00646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    $42,000.00                    $0.00

**Describe the lien**
**Secured Convertible Promissory Note 7/16/24**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Andrew Stahl** | | |
|---|---|---|---|

Creditor's Name

**378 Dorado Beach E
Dorado, PR 00646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    $24,000.00                    $0.00

**Describe the lien**
**Secured Convertible Promissory Note 7/29/24**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Andrew Stahl** | | |
|---|---|---|---|

Creditor's Name

**378 Dorado Beach E
Dorado, PR 00646**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**                    $30,000.00                    $0.00

**Describe the lien**
**Secured Convertible Promissory Note 8/14/24**

---

| Debtor | **Arch Therapeutics, Inc.** | | Case number (if known) | **25-40409** |
|---|---|---|---|---|
| | Name | | | |

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Andrew Stahl** | Describe debtor's property that is subject to a lien | **$32,400.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**378 Dorado Beach E**
**Dorado, PR 00646**

Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 9/5/24**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Andrew Stahl** | Describe debtor's property that is subject to a lien | **$32,400.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**378 Dorado Beach E**
**Dorado, PR 00646**

Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 9/20/24**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Debtor      **Arch Therapeutics, Inc.**
_____
Name

Case number (if known)    **25-40409**
_____

| 2.8 | **Andrew Stahl** | Describe debtor's property that is subject to a lien | **$30,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**378 Dorado Beach E
Dorado, PR 00646**

Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note
10/30/24**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Andrew Stahl** | Describe debtor's property that is subject to a lien | **$36,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**378 Dorado Beach E
Dorado, PR 00646**

Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 1/9/25**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Bigger Capital Fund, LP** | Describe debtor's property that is subject to a lien | **$600,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing
Member of GP
11700 W. Charleston Blvd.,
170-659
Las Vegas, NV 89350**

Creditor's mailing address

**UCC statement filed by Oasis Capital
(assigned to Tiburon) as collateral agent**

**Describe the lien**
**Secured Convertible Promissory Note / SPA
7/6/22**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Bigger Capital Fund, LP** | Describe debtor's property that is subject to a lien | $277,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing Member of GP**
**11700 W. Charleston Blvd., 170-659**
**Las Vegas, NV 89350**

Creditor's mailing address

**See Calvary Fund I LP as collateral agent**

**Describe the lien**

**Secured Convertible Promissory Note / SPA 5/15/24**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 2 | **Bigger Capital Fund, LP** | Describe debtor's property that is subject to a lien | $21,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing Member of GP**
**11700 W. Charleston Blvd., 170-659**
**Las Vegas, NV 89350**

Creditor's mailing address

**Describe the lien**

**Secured Convertible Promissory Note 7/16/24**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arch Therapeutics, Inc.** | | Case number (if known) | **25-40409** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **Bigger Capital Fund, P** | Describe debtor's property that is subject to a lien | $12,000.00 | $0.00 |

Creditor's Name

**Michael Bigger, Managing Member of GP**
**11700 W. Charleston Blvd., 170-659**
**Las Vegas, NV 89350**

Creditor's mailing address

Describe the lien

**Secured Convertible Promissory Note 7/29/24**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Bigger Capital Fund, P** | Describe debtor's property that is subject to a lien | $15,000.00 | $0.00 |

Creditor's Name

**Michael Bigger, Managing Member of GP**
**11700 W. Charleston Blvd., 170-659**
**Las Vegas, NV 89350**

Creditor's mailing address

Describe the lien

**Secured Convertible Promissory Note 8/14/24**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **Bigger Capital Fund, P** | Describe debtor's property that is subject to a lien | $16,200.00 | $0.00 |

---

| Debtor | **Arch Therapeutics, Inc.** | Case number *(if known)* | **25-40409** |
|---|---|---|---|
| | Name | | |

---

Creditor's Name

**Michael Bigger, Managing
Member of GP
11700 W. Charleston Blvd.,
170-659
Las Vegas, NV 89350**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe the lien**

**Secured Convertible Promissory Note 9/5/24**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 6 | **Bigger Capital Fund, P** | Describe debtor's property that is subject to a lien | $16,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing
Member of GP
11700 W. Charleston Blvd.,
170-659
Las Vegas, NV 89350**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe the lien**

**Secured Convertible Promissory Note 9/20/24**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 7 | **Bigger Capital Fund, P** | Describe debtor's property that is subject to a lien | $15,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing
Member of GP
11700 W. Charleston Blvd.,
170-659
Las Vegas, NV 89350**

Creditor's mailing address

**Describe the lien**

**Secured Convertible Promissory Note
10/30/24**

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
| --- | --- | --- | --- |
| | Name | | |

---

|  | | Is the creditor an insider or related party? | |
| --- | --- | --- | --- |
| | | ■ No | |
| Creditor's email address, if known | | ☐ Yes | |
| | | Is anyone else liable on this claim? | |
| **Date debt was incurred** | | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | | As of the petition filing date, the claim is: Check all that apply | |
| ■ No | | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated | |
| | | ■ Disputed | |

---

| 2.1 8 | **Bigger Capital Fund, P** | Describe debtor's property that is subject to a lien | $18,000.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | | | |
| | **Michael Bigger, Managing Member of GP** **11700 W. Charleston Blvd., 170-659** **Las Vegas, NV 89350** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Secured Convertible Promissory Note 1/9/25** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| Creditor's email address, if known | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | | As of the petition filing date, the claim is: Check all that apply | | |
| ■ No | | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.1 9 | **Brandt and Mona Wilson** | Describe debtor's property that is subject to a lien | $555,000.00 | Unknown |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **All assets; UCC Statement 4/23/24; See Calvary Fund I LP as collateral agent** | | |
| | **1102 Plantation Village Drive** **Dorado, PR 00646** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Secured Convertible Promissory Note / SPA 5/15/24** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| Creditor's email address, if known | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | | As of the petition filing date, the claim is: Check all that apply | | |

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (*if known*) | **25-40409** |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Brandt and Mona Wilson** | Describe debtor's property that is subject to a lien | **$42,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1102 Plantation Village Drive**
**Dorado, PR 00646**

Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 7/16/24**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.2 1 | **Brandt and Mona Wilson** | Describe debtor's property that is subject to a lien | **$30,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1102 Plantation Village Drive**
**Dorado, PR 00646**

Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 8/14/24**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.2 2 | **Brandt and Mona Wilson** | Describe debtor's property that is subject to a lien | **$24,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1102 Plantation Village Drive**
**Dorado, PR 00646**

Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 7/29/24**

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2 3** **Brandt and Mona Wilson**

Creditor's Name

**1102 Plantation Village Drive**
**Dorado, PR 00646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**   $32,400.00   $0.00

**Describe the lien**

**Secured Convertible Promissory Note 9/5/24**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2 4** **Brandt and Mona Wilson**

Creditor's Name

**1102 Plantation Village Drive**
**Dorado, PR 00646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**   $32,400.00   $0.00

**Describe the lien**

**Secured Convertible Promissory Note 9/20/24**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2 5** | **Brandt and Mona Wilson**
Creditor's Name

**1102 Plantation Village Drive**
**Dorado, PR 00646**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**        **$30,000.00**        **$0.00**

**Describe the lien**
**Secured Convertible Promissory Note 10/30/24**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2 6** | **Calvary Fund I LP**
Creditor's Name

**Thomas Walsh**
**C/M Capital Partners LP**
**1111 Brickell Avenue, Ste. 2920**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**        **$480,000.00**        **$0.00**
**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

**Describe the lien**
**Secured Convertible Promissory Note / SPA 7/6/22**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 7** | **Calvary Fund I LP**        **Describe debtor's property that is subject to a lien**        **$555,000.00**        **$0.00**

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's Name | See Calvary Fund I LP as collateral agent |
| **Thomas Walsh** **C/M Capital Partners LP** **1111 Brickell Avenue, Ste.** **2920** **Miami, FL 33131** | |
| Creditor's mailing address | **Describe the lien** |
| | **Secured Convertible Promissory Note / SPA 5/15/24** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| 2.28 | **Calvary Fund I LP** | Describe debtor's property that is subject to a lien | $42,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | |
|---|---|
| **Thomas Walsh** **C/M Capital Partners LP** **1111 Brickell Avenue, Ste.** **2920** **Miami, FL 33131** | |
| Creditor's mailing address | **Describe the lien** |
| | **Secured Convertible Promissory Note 7/16/24** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| 2.29 | **Calvary Fund I LP** | Describe debtor's property that is subject to a lien | $24,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | |
|---|---|
| **Thomas Walsh** **C/M Capital Partners LP** **1111 Brickell Avenue, Ste.** **2920** **Miami, FL 33131** | |
| Creditor's mailing address | **Describe the lien** |
| | **Secured Convertible Promissory Note 7/29/24** |

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

|  | **Is the creditor an insider or related party?** | | |
|---|---|---|---|
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ■ Disputed | | |

---

| 2.3 0 | **Calvary Fund I LP** | Describe debtor's property that is subject to a lien | **$30,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **Thomas Walsh** **C/M Capital Partners LP** **1111 Brickell Avenue, Ste. 2920** **Miami, FL 33131** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Secured Convertible Promissory Note 8/14/24** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.3 1 | **Calvary Fund I LP** | Describe debtor's property that is subject to a lien | **$32,400.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **Thomas Walsh** **C/M Capital Partners LP** **1111 Brickell Avenue, Ste. 2920** **Miami, FL 33131** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Secured Convertible Promissory Note 9/5/24** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 2 | **Calvary Fund I LP** | Describe debtor's property that is subject to a lien | $32,400.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Thomas Walsh
C/M Capital Partners LP
1111 Brickell Avenue, Ste. 2920
Miami, FL 33131**

Creditor's mailing address

**Describe the lien**

**Secured Convertible Promissory Note 9/20/24**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 3 | **Calvary Fund I LP** | Describe debtor's property that is subject to a lien | $30,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Thomas Walsh
C/M Capital Partners LP
1111 Brickell Avenue, Ste. 2920
Miami, FL 33131**

Creditor's mailing address

**Describe the lien**

**Secured Convertible Promissory Note 10/30/24**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 4 | **Calvary Fund I LP** | Describe debtor's property that is subject to a lien | $36,000.00 | $0.00 |
|---|---|---|---|---|

| Debtor | **Arch Therapeutics, Inc.** | Case number *(if known)* | **25-40409** |
|---|---|---|---|

Name

Creditor's Name

**Thomas Walsh**
**C/M Capital Partners LP**
**1111 Brickell Avenue, Ste. 2920**
**Miami, FL 33131**

Creditor's mailing address

Describe the lien
**Secured Convertible Promissory Note 1/9/25**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.35 **Calvary Fund I LP, as collateral agent**

Creditor's Name

Describe debtor's property that is subject to a lien
**All assets; Security Agreement (as collateral agent)**

$0.00 | $0.00

**Thomas Walsh**
**C/M Capital Partners LP**
**1111 Brickell Avenue, Ste. 2920**
**Miami, FL 33131**

Creditor's mailing address

Describe the lien
**Secured Convertible Promissory Notes / SPA 5/15/24**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.36 **Centurion Therapeutics, Inc.**

Creditor's Name

Describe debtor's property that is subject to a lien
**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

$90,000.00 | $0.00

**P.O. Box 175**
**Marshfield, MA 02050**

Creditor's mailing address

Describe the lien
**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?
■ No

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.37 | **District 2 Capital Fund, LP** | **Describe debtor's property that is subject to a lien** | **$600,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent | | |

**Michael Bigger, Managing Member of GP**
**14 Wall Street, 2nd Floor**
**Huntington, NY 11743**
Creditor's mailing address

**Describe the lien**

**Secured Convertible Promissory Note / SPA 7/6/22**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.38 | **District 2 Capital Fund, LP** | **Describe debtor's property that is subject to a lien** | **$277,500.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | See Calvary Fund I LP as collateral agent | | |

**Michael Bigger, Managing Member of GP**
**14 Wall Street, 2nd Floor**
**Huntington, NY 11743**
Creditor's mailing address

**Describe the lien**

**Secured Convertible Promissory Note / SPA 5/15/24**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Arch Therapeutics, Inc.**                                  Case number (if known)  **25-40409**
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 9 | **District 2 Capital Fund, LP** | Describe debtor's property that is subject to a lien | $21,000.00 | $0.00 |

Creditor's Name

**Michael Bigger, Managing
Member of GP
14 Wall Street, 2nd Floor
Huntington, NY 11743**
Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 7/16/24**
**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 0 | **District 2 Capital Fund, LP** | Describe debtor's property that is subject to a lien | $12,000.00 | $0.00 |

Creditor's Name

**Michael Bigger, Managing
Member of GP
14 Wall Street, 2nd Floor
Huntington, NY 11743**
Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 7/29/24**
**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 1 | **District 2 Capital Fund, LP** | Describe debtor's property that is subject to a lien | $15,000.00 | $0.00 |

---

Debtor    **Arch Therapeutics, Inc.**                                      Case number (if known)    **25-40409**
_____
Name

Creditor's Name

**Michael Bigger, Managing
Member of GP
14 Wall Street, 2nd Floor
Huntington, NY 11743**
Creditor's mailing address

Describe the lien
**Convertible Promissory Note 8/14/24**

Is the creditor an insider or related party?

■ No

☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

| 2.4 2 | **District 2 Capital Fund, LP** | Describe debtor's property that is subject to a lien | $16,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing
Member of GP
14 Wall Street, 2nd Floor
Huntington, NY 11743**
Creditor's mailing address

Describe the lien
**Secured Convertible Promissory Note 9/5/24**

Is the creditor an insider or related party?

■ No

☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

| 2.4 3 | **District 2 Capital Fund, LP** | Describe debtor's property that is subject to a lien | $16,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing
Member of GP
14 Wall Street, 2nd Floor
Huntington, NY 11743**
Creditor's mailing address

Describe the lien
**Secured Convertible Promissory Note 9/20/24**

Is the creditor an insider or related party?

■ No

☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 4 | **District 2 Capital Fund, LP** | Describe debtor's property that is subject to a lien | $15,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing Member of GP
14 Wall Street, 2nd Floor
Huntington, NY 11743**

Creditor's mailing address

**Describe the lien**

**Secured Convertible Promissory Note 10/30/24**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 5 | **District 2 Capital Fund, LP** | Describe debtor's property that is subject to a lien | $18,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Michael Bigger, Managing Member of GP
14 Wall Street, 2nd Floor
Huntington, NY 11743**

Creditor's mailing address

**Describe the lien**

**Secured Convertible Promissory Note 1/9/25**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 19 of 26

| Debtor | Arch Therapeutics, Inc. | Case number (if known) | 25-40409 |
|---|---|---|---|
| | Name | | |

---

**2.46**

**Drake Partners Equity LLC**
Creditor's Name

**34 Washington Street, Ste. 230**
**Wellesley Hills, MA 02481**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

**Describe the lien**
**Secured Convertible Promissory Note / SPA 7/6/22**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,000.00          $0.00

---

**2.47**

**Frederich Whitridge**
Creditor's Name

**45 Bablock Way**
**Stanfordville, NY 12581**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Secured Convertible Promissory Note 1/9/25**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$42,000.00          $0.00

---

**2.48**

**Jason Adelman**
Creditor's Name

**556 Regatta Way**
**Bradenton, FL 34208**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

**Describe the lien**
**Secured Convertible Promissory Note / SPA 7/6/22**
**Is the creditor an insider or related party?**
■ No
☐ Yes

$72,000.00          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 20 of 26

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 9 | **Mark Woolfson** | Describe debtor's property that is subject to a lien | **$90,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1 Franklin Street
Unit 3502
Boston, MA 02110**

Creditor's mailing address

**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

Describe the lien

**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 0 | **Michael Abrams** | Describe debtor's property that is subject to a lien | **$36,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**171 Sherwood Lane
Raynham, MA 02767**

Creditor's mailing address

**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

Describe the lien

**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Arch Therapeutics, Inc. | | Case number (if known) | 25-40409 |
|---|---|---|---|---|
| | Name | | | |

---

**2.5.1**

**Michael Tuttle**
Creditor's Name

**3980 Premier Drive**
**Suite 140**
**High Point, NC 27265**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

Describe the lien
**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$120,000.00        $0.00

---

**2.5.2**

**Oasis Capital, LLC, as collateral agent**
Creditor's Name

**(assigned to Tiburon)**
**208 Ponce De Leon Ave.,**
**Ste. 1600**
**San Juan, PR 00918**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets; UCC financing statement filed 7/8/22, as collateral agent; security agreement**

Describe the lien
**Secured Convertible Promissory Notes / SPA 7/6/22**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

---

**2.5.3**

**ProActive Capital Partners, LP**
Creditor's Name

**445 Park Avenue, 9th Floor**
**New York, NY 10022**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

Describe the lien
**Secured Convertible Promissory Note / SPA 7/6/22**

$101,720.00        $0.00

---

| Debtor | **Arch Therapeutics, Inc.** | Case number *(if known)* | **25-40409** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 4 | **Sanibel Island Associates LLC** | Describe debtor's property that is subject to a lien | **$60,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1605 Middle Gulf Drive, Unit 328
Sanibel, FL 33957**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent**

**Describe the lien**
**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 5 | **Sixth Borough Capital Fund, LP** | Describe debtor's property that is subject to a lien | **$180,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432**

Creditor's mailing address

**Describe the lien**
**Secured Convertible Promissory Note 6/12/24**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | Arch Therapeutics, Inc. | | Case number (if known) | 25-40409 |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 6 | Sixth Borough Capital Fund, LP | Describe debtor's property that is subject to a lien | $90,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1515 N. Federal Highway, Suite 300**
**Boca Raton, FL 33432**
Creditor's mailing address

Describe the lien
**Secured Convertible Promissory Note 6/26/24**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 7 | Steve Woolfson | Describe debtor's property that is subject to a lien | $102,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent

**1 Franklin Street**
**Unit 3502**
**Boston, MA 02110**
Creditor's mailing address

Describe the lien
**Secured Convertible Promissory Note / SPA 7/6/22**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | Terrence Norchi, MD | Describe debtor's property that is subject to a lien | $24,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent

**1 Chieftain Lane**
**Natick, MA 01760**
Creditor's mailing address

Describe the lien

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 24 of 26

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?

☐ No

■ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 9 | **Tiburon Capital, LLC** | Describe debtor's property that is subject to a lien | $1,200,000.00 | $0.00 |
|-------|---------------------------|------------------------------------------------------|---------------|-------|
| | Creditor's Name | **UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent** | | |

**Peter Bortel, General Partner**
**Tiburon Opportunity Fund LP**
**13313 Point Richmond Beach Road, NW**
**Gig Harbor, WA 98332**
_____
Creditor's mailing address

Describe the lien

**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?

■ No

_____
Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 0 | **Trina Whitridge GST Trust** | Describe debtor's property that is subject to a lien | $120,000.00 | $0.00 |
|-------|-------------------------------|------------------------------------------------------|-------------|-------|
| | Creditor's Name | **UCC statement filed by Oasis Capital (assigned to Tiburon) as collateral agent** | | |

**45 Babcock Way**
**Stanfordville, NY 12581**
_____
Creditor's mailing address

Describe the lien

**Secured Convertible Promissory Note / SPA 7/6/22**

Is the creditor an insider or related party?

■ No

_____
Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 2.61 | **Vivex Biologics, Inc.** | Describe debtor's property that is subject to a lien | $120,476.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2430 NW 116th Street
Miami, FL 33167**

Creditor's mailing address

**Describe the lien**

**Secured Promissory Note 4/____/25**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,735,396.00 |
|---|---|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Scott B. Kietei, Esq. Honigman LLP 2290 First National Building 660 Woodward Ave. Detroit, MI 48226** | Line __2.52__ | |

---

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Arch Therapeutics, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MASSACHUSETTS</td></tr>
<tr><td>Case number (if known)</td><td><strong>25-40409</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Framingham**<br>**Office of Collector of Taxes**<br>**150 Concord Street**<br>**Framingham, MA 01702** | **$150.00** | **$0.00** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Erin Lockhart**<br>**27 Gordon Street**<br>**Allston, MA 02134** | **$6,000.00** | **$6,000.00** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Salary**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **$3,000.00**
---|---|---|---|---

**Evelyn Quintin**
**2810 Frontier Dr.**
**Kissimmee, FL 34744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,000.00** | **$15,150.00**

**Shawn Carlson**
**109 Salisbury Lane**
**Birmingham, AL 35242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$276,864.58** | **$15,150.00**

**Terrence Norchi, MD**
**1 Chieftain Lane**
**Natick, MA 01760**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.**

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**3D Matrix, Ltd.**
**Kojimachi-HF Building, 6F**
**3-2-4-6F, Kojimachi, Chiyoda-ku**
**Tokyo, 102-0083, JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sublicense agreement with debtor**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,617.00**

**4 Front Strategic Partners, LLC**
**2350 E. Arbor Lane #17465**
**Salt Lake City, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payable for services rendered**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Acorn Management Partners, LLC**
**Attn: John R. Exley III**
**4080 McGinnis Ferry Road, #1101**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Payable for services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alliance Advisors, LLC**
**200 Broadacres Drive**
**3rd Floor**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.88**

**Altus Dental**
**10 Charles Street**
**Providence, RI 02904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Dental benefit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,274.00**

**AmbioPharm, Inc.**
**[1024 Dittman Court**
**Beech Island, SC 29842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Storage fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$466,520.53**

**Ana Parker**
**6700 E. Caron Drive**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Series 3B Subordinated Convertible Promissory Note 7/6/22**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,430.00**

**Andrew Cayer**
**54 Magnolia Lane**
**Wells, ME 04090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Arthur J. Gallagher & Co.**
**470 Atlantic Ave.**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Backblaze**
**201 Baldwin Ave.**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baker Tilly US, LLP**
**1 Highwood Drive**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Auditing services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barnes & Thornburg LLP**
**One Marina Park Drive**
**Suite 1530**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Counsel for Oasis**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BDO Consulting**
**P.O. Box 31001-0860**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Berger Legal LLC**
**58 Olmstead Lane**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|---|---|---|---|

**Bigger Capital Fund, P**
**Michael Bigger, Managing Member of GP**
**11700 W. Charleston Blvd., 170-659**
**Las Vegas, NV 89350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unsecured Convertible Promissory Note 1/18/23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue 2020/EBPA**
**P.O. Box 2365**
**South Burlington, VT 05407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vision benefit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,424.00**

**Branding Iron Studios**
**27759 Santa Margarita Pkwy #261**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,635.00**

**Broadridge**
**P.O. Box 416423**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,500.00**

**Brock A. Liden, DPM**
**Cutting Edge Research LLC**
**7866 Norman Street NW**
**Pickerington, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,474.00**

**BSI Group America Inc.**
**12950 Worldgate Drive**
**Suite 800**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BSI Group The Netherlands B.V.**
**Say Building, John M. Keynesplein 9**
**1066 EP Amsterdam, The Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,601.04**

**Call Andy! Macintosh Consulting**
**1 Village Lane**
**Wayland, MA 01778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Calvary Fund I LP**
**Thomas Walsh**
**C/M Capital Partners LP**
**1111 Brickell Avenue, Ste. 2920**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Unseured Convertible Promissory Note 1/18/23__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Cambridge Polymer Group**
**56 Roland Street**
**Suite 310**
**Charlestown, MA 02129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,575.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**Centri Valuation Servicers, LLC**
**P.O. Box 7112**
**Lancaster, PA 17604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,410.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**Centurion Therapeutics, Inc.**
**P.O. Box 175**
**Marshfield, MA 02050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,070.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**Comcast**
**P.O. Box 1577**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**Complete Foot Care (Berkowitz)**
**88 Center Road**
**Suite 100**
**Bedford, OH 44146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.29** | Nonpriority creditor's name and mailing address

**Comprehensive Benefit Services, Inc.**
**799 Cambridge St.**
**Cambridge, MA 02141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.30** | Nonpriority creditor's name and mailing address

**Conner & Associates**
**110 South State Street**
**Suite 200**
**Newtown, PA 18940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,500.00**

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CT Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.00 |
|---|---|---|---|

**Dalton Pharma Services**
**349 Wildcat Road**
**Toronto, ON M3J 253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services rendered__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,590.00 |
|---|---|---|---|

**Danforth Advisors LLC**
**P.O. Box 335**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services rendered__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel L. Kapp, M.D.**
**1500 North Dixie Highway**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,220.00 |
|---|---|---|---|

**Datto/Autotask**
**33 Tech Valley Drive**
**2nd Floor East**
**East Greenbush, NY 12061**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dawson James**
**1 North Federal Highway, 5th Floor**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,085.00 |
|---|---|---|---|

**Digital Innovations, LLC**
**d/b/a Notified**
**11650 Miracle Hills Drive**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services rendered__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | | Case number (if known) | **25-40409** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Disclosure Law Group**
**655 West Broadway**
**Suite 870**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**District 2 Capital Fund, LP**
**Michael Bigger, Managing Member of GP**
**14 Wall Street, 2nd Floor**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Unsecured Convertible Promissory Note 1/18/23**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,032.00 |
|---|---|---|---|

**Donohoe Advisory Associates LLC**
**9801 Washingtonian Blvd.**
**Gaithersburg, MD 20818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Doug Sender and Associates, Inc.**
**585 Walnut Ridge Trail**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dr. Laura Pfendler**
**1500 N. Dixie Hwy.**
**Suite 304**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Edelstein & Company LLP**
**160 Federal Street,**
**9th Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Services rendered  / CPA**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Electron Microscopy Innovative Technolog**
**222 Pitkin Street**
**East Hartford, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Empire Stock Transfer**
**1859 Whitney Mesa Drive**
**Henderson, NV 89014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Enable Life Sciences LLC**
**100 Barber Avenue**
**MRI Building**
**Worcester, MA 01606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Equisolve, Inc.**
**2455 E. Sunrise Blvd. #1201**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**Eric Lullove DPM PA**
**4855 W. Hillsboro Blvd., #B-6**
**Coconut Creek, FL 33973**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**First Insurance Funding**
**450 Skokie Blvd.**
**Suite 1000**
**Northbrook, IL 60062-7917**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Google**
**1600 Amphitheater Pkwy**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guy Fish**
**26 Shea Road**
**Cambridge, MA 02140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Board fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harvard Pilgrim Health Care**
**P.O. Box 970050**
**Boston, MA 02297-0050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Healthcare insurance**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HMP Communications, LLC**
**70 E. Swedesford Road, Ste. 100**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services rendered**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HMP Education, LLC**
**Marshall Lewis - Altus Receivables**
**P.O. Box 186**
**Metairie, LA 70004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services rendered**

**Last 4 digits of account number  2336**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HMP Omnimedia, LLC**
**70 E. Swedesford Road, Ste. 100**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services rendered**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**iFyber**
**950 Danby Road**
**Suite 198**
**Ithaca, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeremy Thompson**
**2908 Saint Maria Drive**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JR Enterprises of South Florida, Inc.**
**204 S. Main Ave., Ste. 33**
**Lake Placid, FL 33852**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,500.00 |
|---|---|---|---|

**K&R Realty Trust**
**c/o Equity Partners, I**
**868 Worcester Street**
**Wellesley, MA 02482**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Rent / lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Laurence Hicks**
**2 Hornbeam Road**
**Nantucket, MA 02554**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Board fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leah Amir**
**d/b/a Institute for Quality Resolution**
**10417 Litzsinger Road**
**Saint Louis, MO 63131**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Life Sciences Design and Development**
**d/b/a Pargon Medica-Mansfield**
**111 Forbes Blvd., Suite 101**
**Mansfield, MA 02048**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Limb Salvage Solutions, LLC**
**200 East Fourth Street**
**Greenville, NC 27834**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Little Black Raincloud, Inc.**
**41 West 96th Street, Apt. 5B**
**New York, NY 10025**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address
**Lowenstein Sandler LLP**
**One Lowenstein Drive**
**Roseland, NJ 07068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,371,645.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**Lucosky Brookman**
**101 Wood Avenue South**
**5th Floor**
**Woodbridge, NJ 08830**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Counsel for Oasis**

Is the claim subject to offset? ■ No ☐ Yes

**$18,491.00**

---

**3.68** | Nonpriority creditor's name and mailing address
**Marketwired, Inc.**
**100 N. Sepulveda Blvd.**
**Suite 325**
**El Segundo, CA 90245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.69** | Nonpriority creditor's name and mailing address
**Massachusetts Institute of Technology**
**Licensing Office**
**255 Main Street**
**NE18-501**
**Cambridge, MA 02142**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IP license**

Is the claim subject to offset? ■ No ☐ Yes

**$252,000.00**

---

**3.70** | Nonpriority creditor's name and mailing address
**McDonald Carano Wilson**
**2300 West Sahara Avenue**
**Suite 1000**
**Las Vegas, NV 89102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$43,710.91**

---

**3.71** | Nonpriority creditor's name and mailing address
**Medi Launch Partners**
**Attn: David Clark, Managing Partner**
**15 Arrowhead Road**
**Mahwah, NJ 07430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72** | Nonpriority creditor's name and mailing address
**Mediant Communications, Inc.**
**P.O. Box 29776**
**New York, NY 10087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Arch Therapeutics, Inc.** | | Case number (if known) | **25-40409** |
|---|---|---|---|---|
| | Name | | | |

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Medical Device QRC Consulting, LLC**
**509 E. 1st Street, #8**
**Boston, MA 02127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Regulatory services__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Mercy Surgical Dressing Group**
**4 Zesta Drive**
**Pittsburgh, PA 15205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Minus the Ink Digital Publishing Group**
**311 71st Ave.**
**North 4D**
**Myrtle Beach, SC 29572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.76**

**Nonpriority creditor's name and mailing address**
**Moody, Famiglietti & Andronico, LLP**
**1 Highwood Drive**
**Tewksbury, MA 01876**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25,975.00**

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Morgan, Lewis & Brokius LLP**
**1701 Market Street**
**Philadelphia, PA 19103-2921**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

**$25,944.00**

---

**3.78**

**Nonpriority creditor's name and mailing address**
**Mycoscience, Inc.**
**25 Village Hill Road**
**Willington, CT 06279**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.79**

**Nonpriority creditor's name and mailing address**
**NACCME, LLC**
**P.O. Box 22152**
**New York, NY 10087**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nasdaq Corporate Solutions, LLC**
**LBX # 11700**
**P.O. Box 780700**
**Philadelphia, PA 19178-0700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,854.00 |
|---|---|---|---|

**Nelson Laboratories**
**P.O. Box 57183**
**Murray, UT 84157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Services rendered**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $115,200.00 |
|---|---|---|---|

**Oasis Capital, LLC**
**(assigned to Tiburon)**
**208 Ponce De Leon Ave., Ste. 1600**
**San Juan, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Unsecured Convertible Promissory Note 4/26/23**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olshan Frome Wolosky LLP**
**1325 Avenue of the Americas**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Prior legal services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OTC Markets Group, Inc.**
**100 M Street SE**
**Suite 2200**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ovation Medical**
**P.O. Box 745846**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Pabst Patent Group LLC**
**1355 Peachtree Street NE**
**Suite 800**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Legal IP services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (*if known*) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,446.00**

**Paragon Medical aka Ametek**
**111 Forbes Blvd.**
**Suite 101**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**PCG Advisory, Inc.**
**150 East 58th Street**
**20th Floor**
**New York, NY 10155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor relations services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,781.00**

**Phase-n Corporation**
**256 Marginal Street**
**Bldg 22**
**East Boston, MA 02128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Engineering services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,920.03**

**Potter Clarkson LLP**
**Chapel Quarter**
**Mount Street**
**Nottingham NG1 6HQ UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __IP legal services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Predictive Health, LLC**
**3639 E. Denton Lane**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Principal Financial Group**
**711 High Street**
**Des Moines, IA 50392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,630.20**

**Proactive Capital Partners**
**445 Park Avenue, 9th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Series 3B Subordinated Convertible Promissory Note__
__7/6/22__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | | **Unknown**

**ProQC International**
**14502 N. Dale Mabry Hwy.**
**Suite 331**
**Tampa, FL 33618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | | **$0.00**

**PublicWire, LLC**
**5850 TG Lee Blvd., Suite 310**
**Orlando, FL 32822**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | | **Unknown**

**Punit Dhillon**
**11220 Corte Belleza**
**San Diego, CA 92130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | | **Unknown**

**RDG Filings**
**816 Roanoke Blvd.**
**Salem, VA 24153**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | | **Unknown**

**Reed Smith, LLP**
**1301 K. Street N.W.**
**Suite 1100**
**Washington, DC 20005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legsl services**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | | **Unknown**

**Registered Agent, Inc.**
**P.O. Box 20380**
**Carson City, NV 89721**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | | **$38,600.00**

**Rhodes & Associates, Inc.**
**211 Poinciana Lane**
**Largo, FL 33770**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | | Case number (if known) | **25-40409** |
|---|---|---|---|---|

Name

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Right Networks**
**14 Hampshire Drive**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ring Central**
**20 Davis Drive**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.99 |
|---|---|---|---|

**Riptide Hosting, Inc.**
**6833 S. Dayton Street, #127**
**Geenwood Village, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,000.00 |
|---|---|---|---|

**Roger Gregory**
**5812 Glad Blvd.**
**Kent, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.00 |
|---|---|---|---|

**Safe Hire Investigations, Inc.**
**A CIP Group Company**
**801 Cambridge Street**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Sanibel Island Associates LLC**
**1605 Middle Gulf Drive, Unit 328**
**Sanibel, FL 33957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured Convertible Promissory Noe 1/18/23**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,850.00 |
|---|---|---|---|

**Shawn Carlson**
**109 Salisbury Lane**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll - non Priortiy Portion**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,090.00**

**Sterigenics U.S. LLC**
**9100 South Hills Drive**
**Suite 300**
**Broadview Heights, OH 44147**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,652.00**

**Studio 8DM**
**27758 Santa Margarita Pkwy. #261**
**Mission Viejo, CA 92691**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,101.63**

**Terrence Norchi, MD**
**1 Chieftain Lane**
**Natick, MA 01760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unreimbursed expenses - credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,730.52**

**Terrence Norchi, MD**
**1 Chieftain Lane**
**Natick, MA 01760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unreimbursed AMEX business credit card expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$261,714.58**

**Terrence Norchi, MD**
**1 Chieftain Lane**
**Natick, MA 01760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Salary - non priority portion**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,272.67**

**Terrence Norchi, MD**
**1 Chieftain Lane**
**Natick, MA 01760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Reimbursement re company error on 2018 W2 return**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The CFO Squad**
**46 Main Street, Suite 119**
**Monsey, NY 10952**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (*if known*) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The CIP Group**
**799 Cambridge Street**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Institute for Advanced Wound Care**
**Dr. Treadwell**
**2167 Normandie Drive**
**Montgomery, AL 36111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**The Mullings Group**
**190 Congress Park Drive**
**Suite 210**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Services rendered**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Reimbursement Group, Ltd.**
**8002 E. Donner Road**
**Traverse City, MI 49684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

**Tiburon Opportunity Fund LP**
**208 Ponce De Leon Ave., Ste. 1600**
**San Juan, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Unsecured Convertible Promissory Note 1/18/23**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,200.00 |
|---|---|---|---|

**Tiburon Opportunity Fund LP**
**208 Ponce De Leon Ave., Ste. 1600**
**San Juan, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Unsecured convertible Promissory Note 3/11/23**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,000.00 |
|---|---|---|---|

**Tiburon Opportunity Fund LP**
**208 Ponce De Leon Ave., Ste. 1600**
**San Juan, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Unsecured Convertible Promissory Note 3/30/23**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (if known) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129,600.00** |

**Tiburon Opportunity Fund LP**
**208 Ponce De Leon Ave., Ste. 1600**
**San Juan, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured Convertible Promissory Note 4/11/23**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76,320.00** |

**Tiburon Opportunity Fund LP**
**208 Ponce De Leon Ave., Ste. 1600**
**San Juan, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured Convertible Promissory Note 4/28/23**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,400.00** |

**Tiburon Opportunity Fund LP**
**208 Ponce De Leon Ave., Ste. 1600**
**San Juan, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured Convertible Promissory Note 5/12/23**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$648,000.00** |

**Tiburon Opportunity Fund LP**
**208 Ponce De Leon Ave., Ste. 1600**
**San Juan, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured Convertible Promissory Note 3/12/24**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,630.20** |

**Trina Whitridge GST Trust**
**45 Babock Way**
**Stanfordville, NY 12581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Series 3B Subordinated Convertible Promissory Note 7/6/22**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,000.00** |

**Trina Whitridge GST Trust**
**45 Babcock Way**
**Stanfordville, NY 12581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured Convertible Promissory Note 1/18/23**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,457.50** |

**UL Solutions/Emergo Europe VB**
**2500 Bee Cave Road,**
**Bldg. 1, Suite 300**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services rendered (EU registered rep)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arch Therapeutics, Inc.** | Case number (*if known*) | **25-40409** |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vintage Filings/Toppan Vintage, Inc.**
**1501 Energy Park Drive**
**Saint Paul, MN 55108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,707.00**

**WCG IRB**
**Affiliate of WCG Clinical, Inc.**
**212 Carnagie Center, Ste. 301**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,000.00**

**Weinberg & Company, CPA's**
**1025 Centure Park East**
**Suite 1120**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Auditing services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$808.00**

**Wolters Kluwer Health**
**351 West Camden Street**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For CT Corporation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 326,014.58 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,707,799.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **6,033,814.26** |

**Fill in this information to identify the case:**

Debtor name __**Arch Therapeutics, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) __**25-40409**__

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Technical QA Agreement, dated April 16,2024, with GMP peptide contract manufacturing company** | |
| State the term remaining | |
| List the contract number of any government contract | .. |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Notified Body Agreement, as of October 5, 2021** | |
| State the term remaining | **BSI Group The Netherlands B.V. Say Building, John M. Keynesplein 9 1066 EP Amsterdam, The Netherlands** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Quality Agreement, dated April 29, 2021 (and any other related service agreement)** | |
| State the term remaining | **Dalton Chemical Labratories d/b/a Dalton Pharma Services 349 Wildcat Road Toronto, ON M3J 253** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **European Authorized Representative Agreement, executed November 2018** | |
| State the term remaining | **Emergo Europe B.V. (acquired by UL Solutions) Prinsessegract 20, 2514 AP The Hague The Netherlands** |
| List the contract number of any government contract | |

Debtor 1    **Arch Therapeutics, Inc.**                                    Case number *(if known)*    **25-40409**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest    **Month-to-month tenancy pursuant to commercial lease, dated 7/21/17**

State the term remaining

List the contract number of any government contract

**K&R Realty Trust
c/o Equity Partners, I
868 Worcester Street
Wellesley, MA 02482**

2.6.    State what the contract or lease is for and the nature of the debtor's interest    **Quality Agreement, dated October 17, 2022**

State the term remaining

List the contract number of any government contract

**Life Sciences Design and Development
Paragon - Medica - Mansfield
111 Forbes Blvd.
Suite 101
Mansfield, MA 02048**

2.7.    State what the contract or lease is for and the nature of the debtor's interest    **Distribution Services Agreement, dated April 26, 2021**

State the term remaining

List the contract number of any government contract

**MW Life Sciences Mansfield/Bridgemedica
111 Forbes Blvd., Suite 101
Mansfield, MA 02048**

2.8.    State what the contract or lease is for and the nature of the debtor's interest    **Executive Employment Agreement, dated 6/25/13 (as amended)**

State the term remaining

List the contract number of any government contract

**Terrence Norchi, MD
1 Chieftain Lane
Natick, MA 01760**

**Fill in this information to identify the case:**

Debtor name    **Arch Therapeutics, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **25-40409**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Arch Biosurgery** | **235 Walnut Street Suite 6 Framingham, MA 01702** | **Oasis Capital, LLC, as collateral agent** | ■ D __2.52__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 **Arch Biosurgery** | **235 Walnut Street Suite 6 Framingham, MA 01702** | **Vivex Biologics, Inc.** | ■ D __2.61__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 **Arch Biosurgery, Inc.** | **235 Walnut Street Suite 6 Framingham, MA 01702** | **Calvary Fund I LP, as collateral agent** | ■ D __2.35__<br>☐ E/F ____<br>☐ G ____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Arch Therapeutics, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **25-40409** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 19, 2025          X *Terrence W. Norchi, MD*
_____      _____
                                     Signature of individual signing on behalf of debtor

                                     **Terrence Norchi, MD**
                                     _____
                                     Printed name

                                     **President**
                                     _____
                                     Position or relationship to debtor