

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Arch Therapeutics, Inc. | Ch. 11 |
|---|---|---|
| | Debtor(s). | 25-40409-EDK |

## Proceeding Memorandum and Order

**MATTER:**

#65 Motion of Debtor for an Order Approving Sale of Assets

**Decision set forth more fully as follows:**

GRANTED. ON OR BEFORE 07/01/25 DEBTOR'S COUNSEL IS ORDERED TO ENTER ON THE DOCKET A PROPOSED ORDER, AS WELL AS A RED LINEDVERSION OF THE PROPOSED ORDER.

THE DEBTOR IS ALSO DIRECTED TO SUBMIT TO EDK@MAB.USCOURTS.GOV A PROPOSED ORDER, WITH A REDLINES VERSION AS WELL, IN WORD FORMAT,CONSISTENT WITH THE REMARKS MADE DURING THE HEARING HELD THIS DATE.

Dated: 06/20/2025

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge